**Eric FORGUE**

v.

**Stanley W. KLEPALDO, Sr. et al.**

**No. 83–468–M.P.**

Supreme Court of Rhode Island.

Dec. 15, 1983.

Bernard P. Healy, Healy & Jones, Providence, for petitioner.

David W. Carroll, Roberts, Carroll, Feldstein & Tucker Inc., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied, without prejudice, however, to petitioner's raising the issues contained in this petition on appeal from a final judgment in this case.

■

**Mary E. GORDON**

v.

**Mario CACCHILLO d/b/a Mario's Villa.**

**No. 83–257–A.**

Supreme Court of Rhode Island.

Dec. 15, 1983.

Thomas H. Quinn, Jr., Quinn & Shechtman, Providence, for plaintiff.

Thomas C. Angelone, Hodosh, Spinella & Angelone, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.